UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA LEANN KYKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:14-cv-0534 AC<br><br><br><br>ORDER |

　　　Defendant has moved to amend the court's order and judgment of May 29, 2015, ECF Nos. 15 & 16.  See ECF No. 17.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　Plaintiff shall file an opposition, or statement of non-opposition, to defendant's motion no later than 30 days from the date of this order; and

　　　2.　Defendant shall file a reply, if any, no later than 14 days from the date the opposition is served.

DATED: June 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE